**Dismiss and Opinion Filed March 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01503-CV

**PERRY R. COX, Appellant**
**V.**
**TUSCANY AT WILSON CREEK, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02390-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated June 21, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

121503F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PERRY R. COX, Appellant

No. 05-12-01503-CV        V.

TUSCANY AT WILSON CREEK, Appellee

On Appeal from the County Court at Law
No. 2, Collin County, Texas
Trial Court Cause No. 002-02390-2012.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

     It is **ORDERED** that appellee TUSCANY AT WILSON CREEK recover its costs of this appeal from appellant PERRY R. COX.

Judgment entered March 21, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE